```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
:
GARDEN CITY BOXING CLUB, INC.,      :       04 Civ. 2081 (LAP)
:
                 Plaintiff,         :       ORDER
:
        v.                          :
:
MIRALDO DE JESUS HERNANDEZ,         :
Individually and as officer,        :
director, shareholder and/or        :
principal of MIRALDO RESTAURANT     :
CORP. d/b/a MIRALDO RESTAURANT      :
a/k/a ESMERALDO RESTAURANT,         :
et al.,                             :
:
                 Defendants.        :
:
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

On October 15, 2008, Magistrate Judge Freeman issued a Report and Recommendation awarding Plaintiff damages in the amount of $12,465 on its default judgment. Objections to that Report and Recommendation were due on October 29, 2008. Having received no objections and finding Judge Freeman's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), her Report and Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:   New York, New York
         November 19, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.